IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr370

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| JOSE CASTENEDA-ARRELLANO | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for leave to late-file his motion to suppress (Doc. No. 17).

Rule 12(c) of the Federal Rules of Criminal Procedure allows courts to set deadlines for filing pretrial motions, including motions to suppress. Courts may grant relief for good cause where a party waives a Rule 12(b)(3) issue by failing to comply with a Rule 12(c) deadline. Fed. R. Crim. P. 12(e). Here, the Court finds, for the reasons stated in the defendant's motion, good cause to grant relief.

**IT IS, THEREFORE, ORDERED,** that the defendant's motion GRANTED, and a suppression hearing will be held on January 2, 2007, at 9:30 a.m.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney.

Signed: December 21, 2006

Robert J. Conrad, Jr.
Chief United States District Judge